JANUARY 31, 1949.

*Per Curiam Decision.*

No. 429.  ZIMMERMAN *v.* MARYLAND.  Argued January 14, 1949. Decided January 31, 1949. *Per Curiam:* The judgment is affirmed. *Akins* v. *Texas,* 325 U. S. 398 (1945). MR. JUSTICE BLACK, MR. JUSTICE DOUGLAS, MR. JUSTICE MURPHY and MR. JUSTICE RUTLEDGE dissent. *J. Cookman Boyd, Jr.* argued the cause and filed a brief for petitioner. *Hall Hammond,* Attorney General of Maryland, argued the cause for respondent. With him on the brief was *Richard W. Case,* Assistant Attorney General.

*Miscellaneous Orders.*

No. 500.  UNION NATIONAL BANK *v.* LAMB. Appeal from the Supreme Court of Missouri. Further consideration of the question of the jurisdiction of this Court in this case is postponed to the hearing of the case on the merits. Counsel are requested to discuss on briefs and oral argument the question whether the application for appeal was timely.

No. 298, Misc.  HOUSE *v.* MAYO, STATE PRISON CUSTODIAN. Supreme Court of Florida. Certiorari denied. Motion for leave to file petition for writ of habeas corpus also denied.